574

Argued January 20, affirmed January 20, petition for rehearing
denied February 23, petition for review denied March 30, 1971

## STATE OF OREGON, *Respondent, v.*
## FLOYD WARE, JR., *Appellant.*
479 P2d 244

*Charles Paulson,* Portland, argued the cause and filed the brief for appellant.

*James W. Durham, Jr.,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

## MEMORANDUM DECISION

This appeal presented no unusual or difficult questions. Having previously studied the briefs, immediately upon conclusion of argument, and after briefly stating to counsel our reasons, we ruled from the bench. Setting forth those reasons in a detailed opinion would add nothing of value to the existing body of judicial precedent. Our ruling was:

Affirmed.